**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CICI'S HOLDINGS, INC., *et al.*,[1] | § § | Case No. 21-30146-sgj11 |
| Debtors. | § § § | (Jointly Administered) |

### REORGANIZED DEBTORS' REQUEST FOR STATUS CONFERENCE

The Reorganized Debtors (defined below) respectfully submits this Request for Status Conference, and in support thereof states as follows:

1. The Reorganized Debtors would like the Court to set a status conference in order to discuss certain provisions of the *Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 15] (the "**Plan**")[2] and the Court's *Findings of Fact, Conclusion of Law and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 199] (the "**Confirmation Order**").

2. Pursuant to Paragraph 133 of the Confirmation Order, the Reorganized Debtors are required to commence any claims and causes of action under Chapter 5 of the Bankruptcy Code on or before the first business day that is at least sixty (60) days after the Effective Date. The Effective Date occurred on or about March 10, 2021 as reflected in the notice filed at Docket No. 212. The Reorganized Debtors request that the Court conduct a short status conference regarding

---

[1] Pursuant to the Plan, the "**Reorganized Debtors**" in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: CiCi's Holdings, Inc. (5177); Awesome Acquisition Company (0481); CiCi Acquisition Company, LLC (N/A); CiCi Enterprises, LP (5070); CiCi GP, LLC (2948); CiCi Services, LLC (3586); JMC GP, LLC (8268); JMC Restaurant Distribution, LP (5075); and Pizza Parent, LLC (9534). The Debtors' principal offices are located at 1080 W. Bethel Road, Coppell, Texas 75019, United States.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

their intention (or the lack thereof) to pursue any Chapter 5 Causes of Action (as defined in the Confirmation Order) and the potential administrative closing of these bankruptcy cases.

WHEREFORE, the Reorganized Debtors respectfully request that the Court set a short (less than 20 minutes) status conference on the morning of Monday, May 10, 2021 at the Court's convenience with respect to the time of the hearing.  The Reorganized Debtors respectfully request that the Court grant such other and further relief as is just and equitable.

Dated:  May 6, 2021                              Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Mark C. Moore*
Holland O'Neil (TX 14864700)
Mark C. Moore (TX 24074751)
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214)999-4667
Email: honeil@foley.com
Email: mmoore@foley.com

**COUNSEL FOR THE REORGANIZED DEBTORS**

## CERTIFICATE OF CONFERENCE

I do hereby certify that on May 6, 2021 I conferred via email with Elizabeth Ziegler Young from the U.S. Trustee's office regarding the potential setting for a status conference, and she indicated that she was available for such a conference on the morning of May 10, 2021.

*/s Mark C. Moore*
Mark C. Moore

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Request for Status Conference* was served electronically by the Court's PACER system on May 6, 2021.

*/s Mark C. Moore*
Mark C. Moore

**REQUEST FOR STATUS CONFERENCE**                                                                                              Page 2

4820-1408-4328.1